**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Criminal No. 06-190 (RHK)**

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Carlos Zepeda-Lezama, ) | |
| ) | |
| Defendant. ) | |

Based on the motion for an extension of the deadline to file a notice of appeal in this case, **IT IS ORDERED** that:

The Motion is granted. The deadline for filing a notice of appeal in this case is extended for 30 days, pursuant to Rule 4(b)(4) of the Federal Rules of Appellate Procedure.

Dated: December 11, 2006

                                                                          s/Richard H. Kyle
                                                                          Hon. Richard H. Kyle
                                                                          United States District Judge